# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: Napa Chrysler, Inc. § Case No. 16-10087
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Timothy W. Hoffman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,080,893.68      Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,045,491.42    Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $454,508.58

3) Total gross receipts of $ 1,500,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,500,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,147.32 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 198,545.60 | 198,545.60 | 198,545.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 256,551.81 | 255,962.98 | 255,962.98 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 367,397.01 | 368,729.06 | 364,585.83 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,641,608.36 | 6,450,613.76 | 680,905.59 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,467,250.10 | $7,273,851.40 | $1,500,000.00 |

4) This case was originally filed under Chapter 7 on April 09, 2016. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2019           By: /s/Timothy W. Hoffman
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds Turned Over By Debtor-In-Possession | 1290-010 | 1,500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,500,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22S | GreatAmerica Financial Services Corp. | 4110-000 | N/A | 3,147.32 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,147.32** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Timothy W. Hoffman | 2100-000 | N/A | 68,250.00 | 68,250.00 | 68,250.00 |
| Trustee Expenses - Timothy W. Hoffman | 2200-000 | N/A | 269.91 | 269.91 | 269.91 |
| Other - Iris Natividad | 2990-000 | N/A | 6,450.00 | 6,450.00 | 6,450.00 |
| Other - Franchise Tax Board | 2820-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| Other - Kornfield, Nyberg, Bendes, Kuhner & Liittle, P.C. | 3210-000 | N/A | 25,391.25 | 25,391.25 | 25,391.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. | 3220-000 | N/A | 237.93 | 237.93 | 237.93 |
| Other - Bachecki, Crom & Co. LLP | 3410-000 | N/A | 51,151.50 | 51,151.50 | 51,151.50 |
| Other - Bachecki, Crom & Co. LLP | 3420-000 | N/A | 493.30 | 493.30 | 493.30 |
| Other - International Sureties, LTD | 2300-000 | N/A | 567.45 | 567.45 | 567.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,219.26 | 1,219.26 | 1,219.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,076.52 | 2,076.52 | 2,076.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,302.93 | 2,302.93 | 2,302.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,019.80 | 2,019.80 | 2,019.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,295.21 | 2,295.21 | 2,295.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,827.22 | 1,827.22 | 1,827.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,746.11 | 1,746.11 | 1,746.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,924.23 | 1,924.23 | 1,924.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,801.05 | 1,801.05 | 1,801.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,923.16 | 1,923.16 | 1,923.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,674.74 | 1,674.74 | 1,674.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,850.40 | 1,850.40 | 1,850.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,667.87 | 1,667.87 | 1,667.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,962.30 | 1,962.30 | 1,962.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,779.07 | 1,779.07 | 1,779.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,716.46 | 1,716.46 | 1,716.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,950.66 | 1,950.66 | 1,950.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,711.36 | 1,711.36 | 1,711.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,885.77 | 1,885.77 | 1,885.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,765.20 | 1,765.20 | 1,765.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,703.90 | 1,703.90 | 1,703.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,936.23 | 1,936.23 | 1,936.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,640.01 | 1,640.01 | 1,640.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,754.80 | 1,754.80 | 1,754.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$198,545.60** | **$198,545.60** | **$198,545.60** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of the West | 6950-000 | N/A | 191,242.00 | 191,242.00 | 191,242.00 |
| Calif. Dept. of Tax and Fee Admin. | 6950-000 | N/A | 11,985.00 | 11,985.00 | 11,985.00 |
| Office of the United States Trustee (ADMINISTRATIVE) | 6700-000 | N/A | 650.00 | 650.00 | 650.00 |
| EDD | 6820-000 | N/A | 11,702.12 | 11,702.12 | 11,702.12 |
| Dong K. Lee | 6990-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |
| Steven M. Olson | 6210-160 | N/A | 35,652.69 | 35,652.69 | 35,652.69 |
| Habib Rahmany | 6950-000 | N/A | 3,220.00 | 2,631.17 | 2,631.17 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $256,551.81 | $255,962.98 | $255,962.98 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EDD Bankruptcy Group | 5300-000 | N/A | N/A | 670.53 | 670.53 |
| | EFTPS | 5300-000 | N/A | N/A | 629.89 | 0.00 |
| | EFTPS | 5300-000 | N/A | N/A | 2,539.87 | 0.00 |
| | EFTPS | 5300-000 | N/A | N/A | 147.31 | 0.00 |
| | EDD Bankruptcy Group | 5300-000 | N/A | N/A | 101.59 | 101.59 |
| | EDD Bankruptcy Group | 5800-000 | N/A | N/A | 505.89 | 505.89 |
| | EFTPS | 5800-000 | N/A | N/A | 629.89 | 0.00 |
| | EFTPS | 5800-000 | N/A | N/A | 147.31 | 0.00 |
| | EDD Bankruptcy Group | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| | EFTPS | 5800-000 | N/A | N/A | 48.96 | 0.00 |
| 4P | Bank of the West | 5300-000 | N/A | 9,000.00 | 5,377.50 | 5,377.50 |
| 13 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 179,538.56 | 179,538.56 | 179,538.56 |
| 14P | STATE BOARD OF EQUALIZATION/SPECIAL OPS, | 5800-000 | N/A | 134,107.17 | 134,107.17 | 134,107.17 |
| 15 | James Marek | 5300-000 | N/A | 1,159.48 | 692.79 | 692.79 |
| 16 | Franchise Tax Board | 5800-000 | N/A | 1,622.02 | 1,622.02 | 1,622.02 |
| 23P | Employment Development Department | 5800-000 | N/A | 28,258.16 | 28,258.16 | 28,258.16 |
| 30P | Debra L Wilson | 5800-000 | N/A | 594.15 | 594.15 | 594.15 |

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|---|
| 38 | State of Nevada Department of Taxation | 5800-000 | | N/A | 1,039.02 | 1,039.02 | 1,039.02 |
| 39 | Kaiser Perm. c/o Bank of America | 5400-000 | | N/A | 5,144.00 | 5,144.00 | 5,144.00 |
| 42P | State Board of Equalization | 5800-000 | | N/A | 2,791.22 | 2,791.22 | 2,791.22 |
| | IRS | 5800-000 | | N/A | 48.96 | 48.96 | 48.96 |
| | IRS | 5800-000 | | N/A | 4,094.27 | 4,094.27 | 4,094.27 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | $0.00 | $367,397.01 | $368,729.06 | $364,585.83 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pitney Bowes Inc | 7100-000 | N/A | 826.30 | 826.30 | 101.75 |
| 2 | New Image Arizona, LLC | 7100-000 | N/A | 3,865.00 | 3,865.00 | 475.88 |
| 3 | New Image Arizona, LLC | 7100-000 | N/A | 3,865.00 | 0.00 | 0.00 |
| 4U | Bank of the West | 7100-000 | N/A | 391,000.00 | 391,000.00 | 48,141.84 |
| 5 | Napa Associates II, LLC | 7100-000 | N/A | 1,036,551.00 | 0.00 | 0.00 |
| 6 | Bank of the West | 7100-000 | N/A | 1,600,000.00 | 1,600,000.00 | 196,999.87 |
| 7 | ROYAL DISTRIBUTING INC | 7100-000 | N/A | 3,847.16 | 3,847.16 | 473.68 |
| 8 | Dennis Heinke | 7100-000 | N/A | 320.00 | 0.00 | 0.00 |
| 8 -2 | Dennis Heinke | 7100-000 | N/A | 320.00 | 320.00 | 39.40 |
| 9 | Warranty Processing Company, Inc. | 7100-000 | N/A | 5,395.80 | 5,395.80 | 664.36 |
| 10 | Ron McCamey | 7100-000 | N/A | 17,000.00 | 17,000.00 | 2,093.12 |
| 11 | Safety-Kleen/Clean Harbors | 7100-000 | N/A | 1,922.26 | 1,922.26 | 236.68 |
| 12 | The Reynolds and Reynolds Company | 7100-000 | N/A | 137,472.43 | 137,472.43 | 16,926.28 |
| 14U | STATE BOARD OF EQUALIZATION/SPECIAL OPS, | 7100-000 | N/A | 41,337.18 | 0.00 | 0.00 |
| 17 | Saundra Hansen | 7100-000 | N/A | 1,156.00 | 1,156.00 | 142.33 |
| 18 | Fred J. Sherwood Automotive Advisors and Consultan | 7100-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| 20 | Automotive Temp | 7100-000 | N/A | 3,159.00 | 3,159.00 | 388.95 |
| 21 | Arent Fox LLP | 7100-000 | N/A | 12,511.25 | 12,511.25 | 1,540.45 |
| 22U | GreatAmerica Financial Services Corp. | 7100-000 | N/A | 51,591.66 | 54,738.98 | 6,739.73 |
| 23U | Employment Development Department | 7100-000 | N/A | 8,476.28 | 8,476.28 | 1,043.64 |
| 24 | Bank of the West | 7100-000 | N/A | 1,542,336.99 | 1,542,336.99 | 189,900.12 |
| 25 | Teresa Rosenmann | 7100-000 | N/A | 3,267.00 | 3,267.00 | 402.25 |
| 26 | TAP Worldwide, LLC | 7100-000 | N/A | 7,086.25 | 7,086.25 | 872.49 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Account | | Amount | Allowed | Paid |
|---|---|---|---|---|---|---|
| 27 | The Scali Law Firm | 7100-000 | N/A | 6,319.65 | 6,319.65 | 778.11 |
| 28 | Dennis Heinke | 7100-000 | N/A | 419.75 | 419.75 | 51.68 |
| 29 | Jamie Gibson | 7100-000 | N/A | 404.00 | 404.00 | 49.74 |
| 30U | Debra L Wilson | 7100-000 | N/A | 7,165.25 | 7,165.25 | 882.22 |
| 31 | Ally Financial Inc. | 7100-000 | N/A | 398,591.82 | 398,591.82 | 49,076.59 |
| 32 | Araceli Ramos | 7100-000 | N/A | 50.00 | 50.00 | 6.16 |
| 33 | Samantha Moore | 7100-000 | N/A | 4,014.78 | 4,014.78 | 494.32 |
| 34 | U.S. Telepacific Corp. | 7100-000 | N/A | 1,440.12 | 1,440.12 | 177.31 |
| 35 | Aramark Uniform and Career Apparel, LLC | 7100-000 | N/A | 4,540.94 | 4,540.94 | 559.10 |
| 36 | Miles Francisco | 7100-000 | N/A | 6,587.00 | 6,587.00 | 811.02 |
| 37 | Bank of the West | 7100-000 | N/A | 8,397.54 | 8,397.54 | 1,033.95 |
| 40 | Pitney Bowes Global Financial Services, LLC | 7100-000 | N/A | 2,351.72 | 2,351.72 | 289.56 |
| 42U | State Board of Equalization | 7100-000 | N/A | 517.74 | 0.00 | 0.00 |
| 43 | Preferred Auto Dealers Self-Insurance program | 7100-000 | N/A | 258,987.00 | 258,987.00 | 31,887.75 |
| 5-B | Bank of the West | 7100-000 | N/A | 1,036,551.00 | 518,276.00 | 63,812.69 |
| 5-C | Anita Smorra (Napa Associates II, LLC) | 7100-000 | N/A | 1,036,551.00 | 518,275.00 | 63,812.57 |
| NOCLAIM | MOC Products Co. | 7100-000 | N/A | 11,000.00 | 11,000.00 | 0.00 |
| NOCLAIM | Napa Recycling & Waste Services LLC | 7100-000 | N/A | 2,000.00 | 2,000.00 | 0.00 |
| NOCLAIM | Michelle Leebert | 7100-000 | N/A | 11,364.24 | 11,364.24 | 0.00 |
| NOCLAIM | Napa Tire, Inc. | 7100-000 | N/A | 376.00 | 376.00 | 0.00 |
| NOCLAIM | PG & E | 7100-000 | N/A | 4,500.00 | 4,500.00 | 0.00 |
| NOCLAIM | Napa Valley Towing | 7100-000 | N/A | 120.00 | 120.00 | 0.00 |
| NOCLAIM | New Life Auto Salon | 7100-000 | N/A | 525.00 | 525.00 | 0.00 |
| NOCLAIM | michael Denning | 7100-000 | N/A | 13,391.24 | 13,391.24 | 0.00 |
| NOCLAIM | Meineke Car Care Center #2364 | 7100-000 | N/A | 8,100.00 | 8,100.00 | 0.00 |
| NOCLAIM | Humana | 7100-000 | N/A | 1,250.00 | 1,250.00 | 0.00 |
| NOCLAIM | Jose Solis | 7100-000 | N/A | 12,097.59 | 12,097.59 | 0.00 |
| NOCLAIM | Great America Leasing | 7100-000 | N/A | 83,000.00 | 83,000.00 | 0.00 |
| NOCLAIM | Harco National Ins. CO. | 7100-000 | N/A | 7,581.81 | 7,581.81 | 0.00 |
| NOCLAIM | KPA LLC | 7100-000 | N/A | 5,240.00 | 5,240.00 | 0.00 |
| NOCLAIM | Gasser Foundation | 7100-000 | N/A | 24,000.00 | 24,000.00 | 0.00 |
| NOCLAIM | Lightyear Dealer Technologies | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| NOCLAIM | McGard | 7100-000 | N/A | 10.49 | 10.49 | 0.00 |
| NOCLAIM | Susan Lacey | 7100-000 | N/A | 800.00 | 800.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOCLAIM | Mannheim Auto Auction | 7100-000 | N/A | 3,720.00 | 3,720.00 | 0.00 |
| NOCLAIM | Zachary Courter | 7100-000 | N/A | 700.00 | 700.00 | 0.00 |
| NOCLAIM | Plumbing innovations | 7100-000 | N/A | 258.00 | 258.00 | 0.00 |
| NOCLAIM | Lojack | 7100-000 | N/A | 375.00 | 375.00 | 0.00 |
| NOCLAIM | Robert Thurman | 7100-000 | N/A | 18,321.97 | 18,321.97 | 0.00 |
| NOCLAIM | Portfolio | 7100-000 | N/A | 85,000.00 | 85,000.00 | 0.00 |
| NOCLAIM | Habib Rahmany | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| NOCLAIM | Janette Field | 7100-000 | N/A | 3,000.00 | 3,000.00 | 0.00 |
| NOCLAIM | Enrico Principe | 7100-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| NOCLAIM | Johnny Lopez | 7100-000 | N/A | 11,000.00 | 11,000.00 | 0.00 |
| NOCLAIM | Daniel Calderon Hernandez | 7100-000 | N/A | 500.00 | 500.00 | 0.00 |
| NOCLAIM | Justin Best | 7100-000 | N/A | 600.00 | 600.00 | 0.00 |
| NOCLAIM | Milton Johnson | 7100-000 | N/A | 3,000.00 | 3,000.00 | 0.00 |
| NOCLAIM | Randall Campbell | 7100-000 | N/A | 500.00 | 500.00 | 0.00 |
| NOCLAIM | Melodye Courter | 7100-000 | N/A | 3,000.00 | 3,000.00 | 0.00 |
| NOCLAIM | Dan Bishop | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| NOCLAIM | Macklem Secrest | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| NOCLAIM | Brian Holt | 7100-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| NOCLAIM | Brittney Wilson | 7100-000 | N/A | 600.00 | 600.00 | 0.00 |
| NOCLAIM | Exertec Fitness Center | 7100-000 | N/A | 1,130.00 | 1,130.00 | 0.00 |
| NOCLAIM | Samer Seryani | 7100-000 | N/A | 14,528.23 | 14,528.23 | 0.00 |
| NOCLAIM | Sabrina Monta | 7100-000 | N/A | 9,871.52 | 9,871.52 | 0.00 |
| NOCLAIM | Stacy Arneson | 7100-000 | N/A | 22,155.82 | 22,155.82 | 0.00 |
| NOCLAIM | Sonny Cunningham | 7100-000 | N/A | 600.00 | 600.00 | 0.00 |
| NOCLAIM | Stephen & Amy Shawley | 7100-000 | N/A | 14,500.00 | 14,500.00 | 0.00 |
| NOCLAIM | Truecar | 7100-000 | N/A | 23,000.00 | 23,000.00 | 0.00 |
| NOCLAIM | United Radio | 7100-000 | N/A | 285.00 | 285.00 | 0.00 |
| NOCLAIM | Trans Union LLC | 7100-000 | N/A | 1.35 | 1.35 | 0.00 |
| NOCLAIM | Preferred Auto Dealer | 7100-000 | N/A | 173,000.00 | 173,000.00 | 0.00 |
| NOCLAIM | Tech Supply | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| NOCLAIM | Brashers Auto Auction | 7100-000 | N/A | 995.00 | 995.00 | 0.00 |
| NOCLAIM | Dion RIdge | 7100-000 | N/A | 8,588.23 | 8,588.23 | 0.00 |
| NOCLAIM | Ally P & C Ins. Dept 771485 | 7100-000 | N/A | 511.00 | 511.00 | 0.00 |
| NOCLAIM | Anderlini & McSweeney LLP | 7100-000 | N/A | 21,000.00 | 21,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOCLAIM | Big O Tires | 7100-000 | N/A | 500.00 | 500.00 | 0.00 |
| NOCLAIM | Bay Alarm | 7100-000 | N/A | 315.00 | 315.00 | 0.00 |
| NOCLAIM | Chrysler Capital | 7100-000 | N/A | 70,000.00 | 70,000.00 | 0.00 |
| NOCLAIM | Carfax | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| NOCLAIM | Comcast Spotlight | 7100-000 | N/A | 120,000.00 | 120,000.00 | 0.00 |
| NOCLAIM | City of Napa Water Dept | 7100-000 | N/A | 1,000.00 | 1,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,641,608.36 | $6,450,613.76 | $680,905.59 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-10087  
**Case Name:** Napa Chrysler, Inc.  

**Period Ending:** 08/12/19

**Trustee:** (007810) Timothy W. Hoffman  
**Filed (f) or Converted (c):** 04/09/16 (c)  
**§341(a) Meeting Date:** 05/19/16  
**Claims Bar Date:** 07/26/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds Turned Over By Debtor-In-Possession (u) | 0.00 | 0.00 | | 1,500,000.00 | FA |
| 2 | BANK ACCOUNTS<br>  Bank of America business checking. Covered by blanket lien. Covered by broad order abandoning all assets except for funds arising from sale of leasehold interest. | 34,785.54 | 0.00 | OA | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>  Bank of Napa business checking no. 1860. Covered by blanket lien. | 27,775.00 | 0.00 | OA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>  Bank of America Credit Card transaction account. Covered by blanket lien. | 993.00 | 0.00 | OA | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE<br>  Covered by blanket lien. | 113,610.98 | 0.00 | OA | 0.00 | FA |
| 6 | INVENTORY<br>  New Car inventory. Covered by blanket lien. | 4,087,127.34 | 0.00 | OA | 0.00 | FA |
| 7 | INVENTORY<br>  Used car inventory. Covered by blanket lien. | 477,762.56 | 0.00 | OA | 0.00 | FA |
| 8 | INVENTORY<br>  Car parts inventory. Covered by blanket lien. | 180,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | INVENTORY<br>  Car rental inventories. Covered by blanket lien. | 212,825.81 | 0.00 | OA | 0.00 | FA |
| 10 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>  Covered by blanket lien. | 157,599.67 | 0.00 | OA | 0.00 | FA |
| 11 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  Service Equipement. Covered by blanket lien. | 188,413.78 | 0.00 | OA | 0.00 | FA |
| 12 | Goodwill<br>  covered by blanket lien. Probably disappeared when dealership closed its doors. | 600,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$6,080,893.68** | **$0.00** | | **$1,500,000.00** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-10087  
**Case Name:** Napa Chrysler, Inc.

**Trustee:** (007810) Timothy W. Hoffman  
**Filed (f) or Converted (c):** 04/09/16 (c)  
**§341(a) Meeting Date:** 05/19/16

**Period Ending:** 08/12/19  
**Claims Bar Date:** 07/26/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

4/19/16 order to employ Eric Nyberg as counsel

4/28/16 Order to employ crom as accountant

5/23/16 order approving DIP attorneys fees

Claims bar deadline: 7/26/16

8/17/16 order approving payment of admin claim to Bank of the West

9/12/16 order authorizing payment to DMV consultant

3/20/17 order authorizing further payment to DMV consultant and to Franchise Tax Board

4/13/17 Objection to claim no. 18

4/13/17 Objection to claim no. 3

5/9/17 Objection to claim no. 18 ordered disallowed in full.

5/9/17 Objection to claim no. 3 disallowed in full as it is a duplicate claim of no. 2

6/6/17 DMV consulant says she has about 5 files left to resolve.

10/2/17 DMV consultant is down to last problem title

10/12/17 SBE is going to amend its chapter 11 admin claim.

prompt determination runs on 12/20/17

10/31/17 Request for Payment of Admin Claim filed by SBE reducing prior claim.

11/30/17 trying to resolve issues surrounding alleged informal claim asserted by former employee.

12/12/17 Nyberg says bank levy is not clear as to Claim no. 5 -- Napa Assocs.  There may be a dispute.

1/4/18 letter from IRS re payroll taxes.  Send to accountant to handle.

1/10/18 accountant to IRS re proposed adjustment to taxes

1/30/18 Nyberg says issues remain as to Bank levy on claim of Napa Assocs.

3/20/18 stip between Bank and Napa Assocs. resolving dispute over levy on proof of claim

5/4/18  Mot. for Relief From Stay

6/20/18 -- Four notices of intent to levy from IRS.  Numbers don't match amended claim.  Send to acct. to review.

6/28/18 Accountant filed fee app

6/28/18 Final reports sent to UST

11/29/18 accountant says we need to change tax withholding due to a rate change

12/519 Changed the tax withholding  and ran distribution

12/5/19 Distribution made to creditors

5/15/19 Replacement check created

5/29/19 Replacement check created

7/12/19 All checks cleared

7/31/19 TDR sent to UST

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-10087      **Trustee:** (007810) Timothy W. Hoffman
**Case Name:** Napa Chrysler, Inc.      **Filed (f) or Converted (c):** 04/09/16 (c)
     **§341(a) Meeting Date:** 05/19/16
**Period Ending:** 08/12/19      **Claims Bar Date:** 07/26/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2017      **Current Projected Date Of Final Report (TFR):** August 31, 2018 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-10087  
**Case Name:** Napa Chrysler, Inc.

**Taxpayer ID #:** **-***9957  
**Period Ending:** 08/12/19

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $55,486,801.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/16 | {1} | Steven M. Olson, Trust Account | Funds turned over by Debtor after conversion of case to Chapter 7. | 1290-010 | 1,500,000.00 | | 1,500,000.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,219.26 | 1,498,780.74 |
| 05/24/16 | 101 | Dong K. Lee | Admin. Exp. claim approved by order entered May 4, 2016. | 6990-000 | | 2,100.00 | 1,496,680.74 |
| 05/24/16 | 102 | Steven M. Olson | Balance of Ch. 11 fees.  Approved by order dated May 23, 2016. | 6210-160 | | 35,652.69 | 1,461,028.05 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,076.52 | 1,458,951.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,302.93 | 1,456,648.60 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,019.80 | 1,454,628.80 |
| 08/24/16 | 103 | Bank of the West | Admin. Claim approved by order dated August 17, 2016. | 6950-000 | | 191,242.00 | 1,263,386.80 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,295.21 | 1,261,091.59 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,827.22 | 1,259,264.37 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,746.11 | 1,257,518.26 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,924.23 | 1,255,594.03 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,801.05 | 1,253,792.98 |
| 01/17/17 | 104 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2017 FOR CASE #16-10087, Bond # 016048574 | 2300-000 | | 383.90 | 1,253,409.08 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,923.16 | 1,251,485.92 |
| 02/02/17 | 105 | Iris Natividad | Inv. 1/30/17  Aug. thru Dec. 2016.  DMV consulting | 2990-000 | | 4,450.00 | 1,247,035.92 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,674.74 | 1,245,361.18 |
| 03/08/17 | 106 | Franchise Tax Board | 68-0349957 -- 2017 | 2820-000 | | 800.00 | 1,244,561.18 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,850.40 | 1,242,710.78 |
| 04/10/17 | 107 | Franchise Tax Board | 2017 Form 100-ES -- 68-0349957 | 2820-000 | | 800.00 | 1,241,910.78 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,667.87 | 1,240,242.91 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,962.30 | 1,238,280.61 |
| 06/07/17 | 108 | Iris Natividad | Invoice dated May 10, 2017 | 2990-000 | | 2,000.00 | 1,236,280.61 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,779.07 | 1,234,501.54 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,716.46 | 1,232,785.08 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,950.66 | 1,230,834.42 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,711.36 | 1,229,123.06 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,885.77 | 1,227,237.29 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,765.20 | 1,225,472.09 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,703.90 | 1,223,768.19 |

Subtotals :     $1,500,000.00     $276,231.81

{} Asset reference(s)

Case: 16-10087    Doc# 182    Filed: 08/14/19    Entered: 08/14/19 09:10:21    Page 13 of 18

Printed: 08/12/2019 04:35 PM    V.14.50

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-10087  
**Case Name:** Napa Chrysler, Inc.  

**Taxpayer ID #:** **-***9957  
**Period Ending:** 08/12/19  

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $55,486,801.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/18 | 109 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2018 FOR CASE #16-10087, Blanket bond no. 016048574 | 2300-000 | | 183.55 | 1,223,584.64 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,936.23 | 1,221,648.41 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,640.01 | 1,220,008.40 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,754.80 | 1,218,253.60 |
| 12/05/18 | 110 | Kornfield, Nyberg, Bendes, Kuhner & Liittle, P.C. | Dividend paid 100.00% on $25,391.25, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 25,391.25 | 1,192,862.35 |
| 12/05/18 | 111 | Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. | Dividend paid 100.00% on $237.93, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 237.93 | 1,192,624.42 |
| 12/05/18 | 112 | Bachecki, Crom & Co. LLP | Dividend paid 100.00% on $51,151.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 51,151.50 | 1,141,472.92 |
| 12/05/18 | 113 | Bachecki, Crom & Co. LLP | Dividend paid 100.00% on $493.30, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 493.30 | 1,140,979.62 |
| 12/05/18 | 114 | Calif. Dept. of Tax and Fee Admin. | Dividend paid 100.00% on $11,985.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: | 6950-000 | | 11,985.00 | 1,128,994.62 |
| 12/05/18 | 115 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $650.00, Other Professional Fees (Prior Chapter); Reference: | 6700-000 | | 650.00 | 1,128,344.62 |
| 12/05/18 | 116 | EDD | Dividend paid 100.00% on $11,702.12, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter); Reference: | 6820-000 | | 11,702.12 | 1,116,642.50 |
| 12/05/18 | 117 | Habib Rahmany | Dividend paid 100.00% on $2,631.17, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: | 6950-000 | | 2,631.17 | 1,114,011.33 |
| 12/05/18 | 118 | EFTPS | Dividend paid 100.00% on $629.89; Filed: $0.00 for FICA Voided on 12/12/18 | 5300-000 | | 629.89 | 1,113,381.44 |
| 12/05/18 | 119 | EFTPS | Dividend paid 100.00% on $2,539.87; Filed: $0.00 for Income Tax Voided on 12/12/18 | 5300-000 | | 2,539.87 | 1,110,841.57 |
| 12/05/18 | 120 | EFTPS | Dividend paid 100.00% on $147.31; Filed: $0.00 for Medicare Voided on 12/12/18 | 5300-000 | | 147.31 | 1,110,694.26 |
| 12/05/18 | 121 | EDD Bankruptcy Group | Dividend paid 100.00% on $101.59; Filed: $0.00 for SDI | 5300-000 | | 101.59 | 1,110,592.67 |

Subtotals: $0.00  $113,175.52

{} Asset reference(s)

Printed: 08/12/2019 04:35 PM  V.14.50

Case: 16-10087   Doc# 182   Filed: 08/14/19   Entered: 08/14/19 09:10:21   Page 14 of 18

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 16-10087 | Trustee: Timothy W. Hoffman (007810) |
| Case Name: Napa Chrysler, Inc. | Bank Name: Rabobank, N.A. |
| | Account: ******2766 - Checking Account |
| Taxpayer ID #: **-***9957 | Blanket Bond: $55,486,801.00 (per case limit) |
| Period Ending: 08/12/19 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/18 | 122 | EDD Bankruptcy Group | Dividend paid 100.00% on $670.53; Filed: $0.00 for CA Income Tax | 5300-000 | | 670.53 | 1,109,922.14 |
| 12/05/18 | 123 | Bank of the West | Dividend paid 100.00% on $5,377.50; Claim# 4P; Filed: $9,000.00; Reference: | 5300-000 | | 5,377.50 | 1,104,544.64 |
| 12/05/18 | 124 | James Marek | Dividend paid 100.00% on $692.79; Claim# 15; Filed: $1,159.48; Reference: | 5300-000 | | 692.79 | 1,103,851.85 |
| 12/05/18 | 125 | Kaiser Perm. c/o Bank of America | Dividend paid 100.00% on $5,144.00; Claim# 39; Filed: $5,144.00; Reference: | 5400-000 | | 5,144.00 | 1,098,707.85 |
| 12/05/18 | 126 | EFTPS | Dividend paid 100.00% on $629.89; Filed: $0.00 for FICA Voided on 12/12/18 | 5800-000 | | 629.89 | 1,098,077.96 |
| 12/05/18 | 127 | EFTPS | Dividend paid 100.00% on $48.96; Filed: $0.00 for FUTA Voided on 12/12/18 | 5800-000 | | 48.96 | 1,098,029.00 |
| 12/05/18 | 128 | EFTPS | Dividend paid 100.00% on $147.31; Filed: $0.00 for Medicare Voided on 12/12/18 | 5800-000 | | 147.31 | 1,097,881.69 |
| 12/05/18 | 129 | EDD Bankruptcy Group | Dividend paid 100.00% on $505.89; Filed: $0.00 for CA SUTA | 5800-000 | | 505.89 | 1,097,375.80 |
| 12/05/18 | 130 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $179,538.56; Claim# 13; Filed: $179,538.56; Reference: | 5800-000 | | 179,538.56 | 917,837.24 |
| 12/05/18 | 131 | STATE BOARD OF EQUALIZATION/SPECIAL OPS, MIC:55 | Dividend paid 100.00% on $134,107.17; Claim# 14P; Filed: $134,107.17; Reference: | 5800-000 | | 134,107.17 | 783,730.07 |
| 12/05/18 | 132 | Franchise Tax Board | Dividend paid 100.00% on $1,622.02; Claim# 16; Filed: $1,622.02; Reference: | 5800-000 | | 1,622.02 | 782,108.05 |
| 12/05/18 | 133 | Employment Development Department | Dividend paid 100.00% on $28,258.16; Claim# 23P; Filed: $28,258.16; Reference: | 5800-000 | | 28,258.16 | 753,849.89 |
| 12/05/18 | 134 | Debra L Wilson | Dividend paid 100.00% on $594.15; Claim# 30P; Filed: $594.15; Reference: | 5800-000 | | 594.15 | 753,255.74 |
| 12/05/18 | 135 | State of Nevada Department of Taxation | Dividend paid 100.00% on $1,039.02; Claim# 38; Filed: $1,039.02; Reference: | 5800-000 | | 1,039.02 | 752,216.72 |
| 12/05/18 | 136 | State Board of Equalization | Dividend paid 100.00% on $2,791.22; Claim# 42P; Filed: $2,791.22; Reference: | 5800-000 | | 2,791.22 | 749,425.50 |
| 12/05/18 | 137 | Pitney Bowes Inc | Dividend paid 12.31% on $826.30; Claim# 1; Filed: $826.30; Reference: | 7100-000 | | 101.75 | 749,323.75 |
| 12/05/18 | 138 | New Image Arizona, LLC | Dividend paid 12.31% on $3,865.00; Claim# 2; Filed: $3,865.00; Reference: | 7100-000 | | 475.88 | 748,847.87 |
| 12/05/18 | 139 | Bank of the West | Dividend paid 12.31% on $391,000.00; | 7100-000 | | 48,141.84 | 700,706.03 |

Subtotals : $0.00 $409,886.64

{} Asset reference(s)

Case: 16-10087 Doc# 182 Filed: 08/14/19 Entered: 08/14/19 09:10:21 Page 15 of 18
Printed: 08/12/2019 04:35 PM V.14.50

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 16-10087 | | Trustee: | Timothy W. Hoffman (007810) |
|---|---|---|---|---|
| Case Name: | Napa Chrysler, Inc. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***9957 | | Blanket Bond: | $55,486,801.00 (per case limit) |
| Period Ending: | 08/12/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Claim# 4U; Filed: $391,000.00; Reference: | | | | |
| 12/05/18 | 140 | Bank of the West | Dividend paid 12.31% on $1,600,000.00; Claim# 6; Filed: $1,600,000.00; Reference: | 7100-000 | | 196,999.87 | 503,706.16 |
| 12/05/18 | 141 | ROYAL DISTRIBUTING INC | Dividend paid 12.31% on $3,847.16; Claim# 7; Filed: $3,847.16; Reference: | 7100-000 | | 473.68 | 503,232.48 |
| 12/05/18 | 142 | Dennis Heinke | Dividend paid 12.31% on $320.00; Claim# 8 -2; Filed: $320.00; Reference: | 7100-000 | | 39.40 | 503,193.08 |
| 12/05/18 | 143 | Warranty Processing Company, Inc. | Dividend paid 12.31% on $5,395.80; Claim# 9; Filed: $5,395.80; Reference: | 7100-000 | | 664.36 | 502,528.72 |
| 12/05/18 | 144 | Ron McCamey | Dividend paid 12.31% on $17,000.00; Claim# 10; Filed: $17,000.00; Reference: Stopped on 03/26/19 | 7100-000 | | 2,093.12 | 500,435.60 |
| 12/05/18 | 145 | Safety-Kleen/Clean Harbors | Dividend paid 12.31% on $1,922.26; Claim# 11; Filed: $1,922.26; Reference: | 7100-000 | | 236.68 | 500,198.92 |
| 12/05/18 | 146 | The Reynolds and Reynolds Company | Dividend paid 12.31% on $137,472.43; Claim# 12; Filed: $137,472.43; Reference: | 7100-000 | | 16,926.28 | 483,272.64 |
| 12/05/18 | 147 | Saundra Hansen | Dividend paid 12.31% on $1,156.00; Claim# 17; Filed: $1,156.00; Reference: | 7100-000 | | 142.33 | 483,130.31 |
| 12/05/18 | 148 | Automotive Temp | Dividend paid 12.31% on $3,159.00; Claim# 20; Filed: $3,159.00; Reference: | 7100-000 | | 388.95 | 482,741.36 |
| 12/05/18 | 149 | Arent Fox LLP | Dividend paid 12.31% on $12,511.25; Claim# 21; Filed: $12,511.25; Reference: | 7100-000 | | 1,540.45 | 481,200.91 |
| 12/05/18 | 150 | GreatAmerica Financial Services Corp. | Dividend paid 12.31% on $54,738.98; Claim# 22U; Filed: $51,591.66; Reference: | 7100-000 | | 6,739.73 | 474,461.18 |
| 12/05/18 | 151 | Employment Development Department | Dividend paid 12.31% on $8,476.28; Claim# 23U; Filed: $8,476.28; Reference: | 7100-000 | | 1,043.64 | 473,417.54 |
| 12/05/18 | 152 | Bank of the West | Dividend paid 12.31% on $1,542,336.99; Claim# 24; Filed: $1,542,336.99; Reference: | 7100-000 | | 189,900.12 | 283,517.42 |
| 12/05/18 | 153 | Teresa Rosenmann | Dividend paid 12.31% on $3,267.00; Claim# 25; Filed: $3,267.00; Reference: | 7100-000 | | 402.25 | 283,115.17 |
| 12/05/18 | 154 | TAP Worldwide, LLC | Dividend paid 12.31% on $7,086.25; Claim# 26; Filed: $7,086.25; Reference: | 7100-000 | | 872.49 | 282,242.68 |
| 12/05/18 | 155 | The Scali Law Firm | Dividend paid 12.31% on $6,319.65; Claim# 27; Filed: $6,319.65; Reference: | 7100-000 | | 778.11 | 281,464.57 |
| 12/05/18 | 156 | Dennis Heinke | Dividend paid 12.31% on $419.75; Claim# 28; Filed: $419.75; Reference: | 7100-000 | | 51.68 | 281,412.89 |
| 12/05/18 | 157 | Jamie Gibson | Dividend paid 12.31% on $404.00; Claim# 29; Filed: $404.00; Reference: | 7100-000 | | 49.74 | 281,363.15 |
| 12/05/18 | 158 | Debra L Wilson | Dividend paid 12.31% on $7,165.25; Claim# | 7100-000 | | 882.22 | 280,480.93 |

Subtotals : $0.00 $420,225.10

{} Asset reference(s)

Exhibit 9
Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-10087  
**Case Name:** Napa Chrysler, Inc.  

**Taxpayer ID #:** **-***9957  
**Period Ending:** 08/12/19  

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $55,486,801.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 30U; Filed: $7,165.25; Reference: | | | | |
| 12/05/18 | 159 | Ally Financial Inc. | Dividend paid 12.31% on $398,591.82; Claim# 31; Filed: $398,591.82; Reference: Stopped on 03/26/19 | 7100-000 | | 49,076.59 | 231,404.34 |
| 12/05/18 | 160 | Araceli Ramos | Dividend paid 12.31% on $50.00; Claim# 32; Filed: $50.00; Reference: | 7100-000 | | 6.16 | 231,398.18 |
| 12/05/18 | 161 | Samantha Moore | Dividend paid 12.31% on $4,014.78; Claim# 33; Filed: $4,014.78; Reference: | 7100-000 | | 494.32 | 230,903.86 |
| 12/05/18 | 162 | U.S. Telepacific Corp. | Dividend paid 12.31% on $1,440.12; Claim# 34; Filed: $1,440.12; Reference: | 7100-000 | | 177.31 | 230,726.55 |
| 12/05/18 | 163 | Aramark Uniform and Career Apparel, LLC | Dividend paid 12.31% on $4,540.94; Claim# 35; Filed: $4,540.94; Reference: | 7100-000 | | 559.10 | 230,167.45 |
| 12/05/18 | 164 | Miles Francisco | Dividend paid 12.31% on $6,587.00; Claim# 36; Filed: $6,587.00; Reference: | 7100-000 | | 811.02 | 229,356.43 |
| 12/05/18 | 165 | Bank of the West | Dividend paid 12.31% on $8,397.54; Claim# 37; Filed: $8,397.54; Reference: | 7100-000 | | 1,033.95 | 228,322.48 |
| 12/05/18 | 166 | Pitney Bowes Global Financial Services, LLC | Dividend paid 12.31% on $2,351.72; Claim# 40; Filed: $2,351.72; Reference: | 7100-000 | | 289.56 | 228,032.92 |
| 12/05/18 | 167 | Preferred Auto Dealers Self-Insurance program | Dividend paid 12.31% on $258,987.00; Claim# 43; Filed: $258,987.00; Reference: | 7100-000 | | 31,887.75 | 196,145.17 |
| 12/05/18 | 168 | Bank of the West | Dividend paid 12.31% on $518,276.00; Claim# 5-B; Filed: $1,036,551.00; Reference: | 7100-000 | | 63,812.69 | 132,332.48 |
| 12/05/18 | 169 | Anita Smorra (Napa Associates II, LLC) | Dividend paid 12.31% on $518,275.00; Claim# 5-C; Filed: $1,036,551.00; Reference: | 7100-000 | | 63,812.57 | 68,519.91 |
| 12/05/18 | 170 | Timothy W. Hoffman | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 68,519.91 | 0.00 |
| | | | Dividend paid 100.00% 68,250.00 on $68,250.00; Claim# ; Filed: $68,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 269.91 on $269.91; Claim# ; Filed: $269.91 | 2200-000 | | | 0.00 |
| 12/12/18 | 118 | EFTPS | Dividend paid 100.00% on $629.89; Filed: $0.00 for FICA<br>Voided: check issued on 12/05/18 | 5300-000 | | -629.89 | 629.89 |
| 12/12/18 | 119 | EFTPS | Dividend paid 100.00% on $2,539.87; Filed: $0.00 for Income Tax<br>Voided: check issued on 12/05/18 | 5300-000 | | -2,539.87 | 3,169.76 |

Subtotals :  $0.00  $277,311.17

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 16-10087 | **Trustee:** | Timothy W. Hoffman (007810) | |
| **Case Name:** | Napa Chrysler, Inc. | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******2766 - Checking Account | |
| **Taxpayer ID #:** | **-***9957 | **Blanket Bond:** | $55,486,801.00 (per case limit) | |
| **Period Ending:** | 08/12/19 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/12/18 | 120 | EFTPS | Dividend paid 100.00% on $147.31; Filed: $0.00 for Medicare<br>Voided: check issued on 12/05/18 | 5300-000 | | -147.31 | 3,317.07 |
| 12/12/18 | 126 | EFTPS | Dividend paid 100.00% on $629.89; Filed: $0.00 for FICA<br>Voided: check issued on 12/05/18 | 5800-000 | | -629.89 | 3,946.96 |
| 12/12/18 | 127 | EFTPS | Dividend paid 100.00% on $48.96; Filed: $0.00 for FUTA<br>Voided: check issued on 12/05/18 | 5800-000 | | -48.96 | 3,995.92 |
| 12/12/18 | 128 | EFTPS | Dividend paid 100.00% on $147.31; Filed: $0.00 for Medicare<br>Voided: check issued on 12/05/18 | 5800-000 | | -147.31 | 4,143.23 |
| 01/11/19 | | IRS | Payroll Witholding | 5800-000 | | 48.96 | 4,094.27 |
| 01/11/19 | | IRS | Payroll Witholding | 5800-000 | | 4,094.27 | 0.00 |
| 03/26/19 | 144 | Ron McCamey | Dividend paid 12.31% on $17,000.00; Claim# 10; Filed: $17,000.00; Reference:<br>Stopped: check issued on 12/05/18 | 7100-000 | | -2,093.12 | 2,093.12 |
| 03/26/19 | 159 | Ally Financial Inc. | Dividend paid 12.31% on $398,591.82; Claim# 31; Filed: $398,591.82; Reference:<br>Stopped: check issued on 12/05/18 | 7100-000 | | -49,076.59 | 51,169.71 |
| 05/15/19 | 171 | Ron McCamey | Replacement check. Distribution on Claim no. 10. | 7100-000 | | 2,093.12 | 49,076.59 |
| 05/29/19 | 172 | Ally Financial Inc. | Replacement Check | 7100-000 | | 49,076.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,500,000.00 | 1,500,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,500,000.00 | 1,500,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500,000.00** | **$1,500,000.00** | |

| | | |
|---|---|---|
| Net Receipts : | 1,500,000.00 | |
| Net Estate : | $1,500,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2766 | 1,500,000.00 | 1,500,000.00 | 0.00 |
| | $1,500,000.00 | $1,500,000.00 | $0.00 |